[No. 27586-1-I. Division One. August 16, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK McCOLLUM, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00612-8, Joseph A. Thibodeau, J., entered December 19, 1990. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 30225-6-I. Division One. August 16, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE L. ALEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-03416-4, Donald D. Haley, J., entered February 6, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 27961-1-I. Division One. August 16, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. CHAD DANIEL ROBERTS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-02454-3, George A. Finkle, J., entered January 30, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 28948-9-I. Division One. August 16, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. MERLE B. JEFFERSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-1-00659-2, Byron L. Swedberg, J., entered August 1, 1991. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Baker and Agid, JJ.